### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:95CR170** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DARIUS MOSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 218).

IT IS ORDERED that the Defendant's motion for leave to proceed on appeal in forma pauperis is granted.

DATED this 17th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge