**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:95CR170** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DARIUS MOSS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 216).

IT IS ORDERED that the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 216) is denied as moot.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge