IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:95CR170 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DARIUS MOSS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to withdraw his petition for a writ of audita querela (Filing No. 238).

The Defendant filed a pleading entitled a petition for writ of audita querela, which has been characterized as a motion for a reduction of sentence due to Amendment 706 regarding crack cocaine. (Filing No. 233.) The Defendant asks that the Court withdraw his request for a writ inasmuch as the motion has been characterized for a reduction in his sentence. (Filing No. 238.)

IT IS ORDERED:

1. The Defendant's motion to withdraw his petition for a writ of audita querela (Filing No. 238) is granted;

2. The motion (Filing No. 233) shall remain on the docket as a pending motion for reduction of sentence pursuant to crack cocaine Amendment 706; and

3. Part 2 of the motion regarding a request for a writ shall be removed as a pending matter.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge