IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:95CR170** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DARIUS MOSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 258) asking the Court to reconsider its memorandum and order (Filing No. 256) stating that his notice of appeal was untimely filed.

IT IS ORDERED that the Defendant's motion for reconsideration (Filing No. 258) is denied.

DATED this 6th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge