IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:95CR170 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DARIUS MOSS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 272). Moss asks that the Court reconsider a June 4, 1999, memorandum and order filed by former Chief Judge William G. Cambridge denying his motion filed under 28 U.S.C. § 2255. The Court advises the Defendant that his case is concluded, and he has no avenues for further relief in this Court.

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 272) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 25th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge