AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:95CR170 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 14828-047 |
| | ) | |
| DARIUS MOSS, | ) |   David R. Stickman |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: July 21, 1997 | ) | |

**Order Regarding Motions for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motions of the Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motions,

**IT IS ORDERED**: the unopposed motion (Filing No. 294) is GRANTED; the stipulation (Filing No. 295) is approved; the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) with respect to Count I of 360 months is reduced to 292 months; and the Defendant's pro se motion to reduce his sentence (Filing No. 290) is denied as moot.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 38 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 360 to life | Amended Guideline Range: | 292 to 365 | months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated July 21, 1997, shall remain in effect.
**IT IS SO ORDERED.**

Dated this 20th day of December, 2011
Effective Date: December 20, 2011

                                                  s/Laurie Smith Camp
                                                Chief United States District Judge